# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JILL PITRE

NO. 2025 CW 0204

VERSUS

LAQUANDA TILFORD, ET AL

**FEBRUARY 26, 2025**

---

In Re:   Jill Pitre, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 148841.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**STAY DENIED; WRIT DENIED.** See La. Code Civ. P. art. 3943.

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT